IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-17-50-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| ISAIAH ELGIE THOMAS, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 27), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of January, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1